UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SETH MACIEL,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM KNIPP,<br><br>    Respondent. | No. 2:12-cv-01023 MCE AC P<br><br><br><br>ORDER |

By Order filed on March 21, 2014, the court continued the stay in this matter and ordered petitioner to file a case status update every ninety days. ECF. No. 18. Petitioner's last status update was filed September 22, 2014. ECF. No. 20. His next status update was due December 22, 2014. An update has not been filed. Petitioner will be directed to file a case status update within ten days of this order.

Accordingly, IT IS ORDERED that:

1. Petitioner is to file a case status update within ten days of the filing of this order, after which he is to continue filing an update every ninety days.

2. Petitioner shall inform the court within thirty days of a decision by the state's highest court exhausting his new claims, and shall at that time request a lift of the stay and file an amended petition setting forth all of his claims.

////

1      3. The Clerk of the Court is directed to administratively close this case.

2   DATED: February 5, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE