UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SETH MACIEL,<br><br>                    Petitioner,<br><br>         v.<br><br>WILLIAM KNIPP,<br><br>                    Respondent. | No.  2:12-cv-01023 MCE AC P<br><br><br>ORDER |

By Order filed on March 21, 2014, the court continued the stay in this matter and ordered petitioner to file a case status update every ninety days.  ECF No. 18.  Petitioner's last status update was filed on February 13, 2016.[1]  ECF No. 27.  His next status update was due May 13, 2016.  An update has not been filed.  Petitioner will be directed to file a case status update within ten days of service of this order.

Accordingly, IT IS ORDERED that:

1. Petitioner is to file a case status update within ten days of service of this order, after which he is to continue filing an update every ninety days.

////

////

---

[1] Since petitioner is proceeding pro se, he is afforded the benefit of the prison mailbox rule.  See Houston v. Lack, 487 U.S. 266, 276 (1988).

1

2. Petitioner shall inform the court within thirty days of a decision by the state's highest court exhausting his new claims, and shall at that time request a lift of the stay and file an amended petition setting forth all of his claims.

DATED: June 10, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE