IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL SETH MACIEL,** | Case No. 12-cv-1023-MCE-AC P |
| Petitioner, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **WILLIAM KNIPP,** | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's petition for writ of habeas corpus be filed on or before April 14, 2017.

DATED: March 15, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

~~[Proposed]~~ Order (CIV S-12-1023 MCE AC)