UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL SETH MACIEL,

            Petitioner,

    v.

WILLIAM KNIPP,

            Respondent.

No.  2:12-cv-1023 MCE AC P

ORDER

     Petitioner has requested an extension of time to file objections to the October 29, 2018 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

     1.  Petitioner's request for an extension of time (ECF No. 51) is granted; and

     2.  Petitioner shall have until December 30, 2018, to file objections to the findings and recommendations.

DATED: November 28, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE