1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DANIEL SETH MACIEL,                    No.  2:12-cv-1023 MCE AC P

12                Petitioner,

13       v.                                 ORDER

14   WILLIAM KNIPP,

15                Respondent.

16

17          Petitioner, a state prisoner proceeding pro se filed this application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On October 29, 2018, the Magistrate Judge filed Findings and Recommendations

21   ("F&Rs") herein which were served on all parties and contained notice to all parties that any

22   objections to the F&Rs were to be filed within twenty-one days.  ECF No. 50.  Petitioner filed

23   objections to the findings and recommendations.  ECF No. 53.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26   Court finds the F&Rs to be supported by the record and by proper analysis.

27   ///

28   ///

Accordingly, IT IS HEREBY ORDERED that:

1. The F&Rs filed October 29, 2018 (ECF No. 50), are ADOPTED in full;

2. Respondent's Motion to Dismiss (ECF No. 41) is GRANTED and Claims One through Four of the amended petition are DISMISSED as untimely; and

3. Respondent is directed to answer Claims Five and Six of the amended petition within sixty (60) days. The answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, 28 U.S.C. § 2254. Petitioner may file a reply within thirty (30) days of service of the answer.

IT IS SO ORDERED.

Dated: June 11, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE